# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

IN RE: VORTEX DRAIN TILING, LLC, DEBTOR
CHAPTER 7 BANKRUTPCY CASE NO. 16-30672

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Jason Sayler of the law firm of Traynor Law Firm, P.C., hereby gives notice of substitution of counsel in this case on behalf of Citizens Community Credit Union and does hereby request that all notices required to be given under Bankruptcy Rule 2002, be given to Citizens Community Credit Union's attorney at the following address:

Jason Sayler
Traynor Law Firm, PC
PO Box 838
Devils Lake, ND 58301
Phone: (701) 662-4077
Fax: (701) 662-7537

Citizens Community Credit Union hereby further notifies all parties of interest in this case that it is now represented by attorney Jason Sayler and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case and that all counsel of record provide the undersigned attorney with copies of all pleadings, notices, and other filings made in this case, including, without limitation, notices regarding and, if applicable, copies of any hearing, order, demand, request, complaint, motion, application or other pleading, whether formal or informal and however transmitted or filed. The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone or facsimile number set forth above.

DATED July 17, 2017.

                                                     _____
                                                     Jason P. Sayler (N.D. #08746)
                                                     TRAYNOR LAW FIRM, PC
                                                     509 5th St NE, Ste. 1 – PO Box 838
                                                     Devils Lake, ND 58301-0838
                                                     Telephone: (701) 662-4077
                                                     Email: jasonsayler@traynorlaw.com
                                                     *Attorneys for Creditor*

                                                     _____
                                                     Michael P. Hurly (N.D. #06355)
                                                     TRAYNOR LAW FIRM, PC
                                                     509 5th St NE, Ste. 1 – PO Box 838
                                                     Devils Lake, ND 58301-0838
                                                     Telephone: (701) 662-4077
                                                     Email: mikehurly@traynorlaw.com

### CERTIFICATE OF SERVICE

I, Jason P. Sayler, hereby certify that a copy of the above and foregoing instrument has been served upon counsel electronically through the NEF system.

DATED July 17, 2017.

                                                     _____
                                                     Jason P. Sayler (N.D. #08746)