UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN RE:  Vortex Drain Tiling, LLC ) | CHAPTER 7 |
| ) | CASE NO. 16-30672 |
| ) | |
| ) | RESIGNATION AND |
| ) | REPORT OF TRUSTEE |
| Debtor(s). ) | |

The undersigned hereby resigns as trustee and makes this Report of Trustee.

1.  Attached as Form 1 is an accounting of the trustee's disposition of all property of the estate prior to the trustee's resignation.

2.  Attached as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of $5,125.39, disbursements of $71.56, and a balance on hand of $5,053.83.

3.  Upon being notified of the appointment of a successor trustee, the trustee shall immediately turn over the balance of funds on hand and all estate financial records to the successor trustee and submit zero bank statements and canceled checks to the United States Trustee.

WHEREFORE, the trustee requests that this report be accepted and that I be discharged from any further duties as trustee.

DATED: September 11, 2017

/s/ Cheryl Bergian
Cheryl Bergian (#04608)
Bankruptcy Trustee
Cheryl Bergian Law Office
1712 Main Avenue, Suite 202
PO Box 2152
Fargo, ND 58107-2152
(701) 232-5051

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**  16-30672

**Case Name:**  VORTEX DRAIN TILING LLC

**For Period Ending:**  09/11/2017

**Trustee Name:**  (540100) Cheryl Bergian

**Date Filed (f) or Converted (c):**  12/28/2016 (f)

**§ 341(a) Meeting Date:**  02/16/2017

**Claims Bar Date:**  05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Insurance premium refund (u) | 25.00 | 25.00 | | 25.00 | 0.00 |
| 2 | Account at Checking account Citizens Community Credit Union | 0.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Security deposit paid to Born to Run LLC | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 4 | A/R 90 days old or less. Face amount = $81,598.52.<br>Doubtful/Uncollectible accounts = $0.00. | 81,598.52 | 81,598.52 | | 0.00 | 81,598.52 |
| 5 | A/R 90 days old or less. Face amount = $0.<br>Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | A/R 90 days old or less. Face amount = $394,431.25.<br>Doubtful/Uncollectible accounts = $0.00. | 394,431.25 | 394,431.25 | | 0.00 | 394,431.25 |
| 7 | A/R 90 days old or less. Face amount = $60,281.13.<br>Doubtful/Uncollectible accounts = $0.00. | 60,281.13 | 60,281.13 | | 0.00 | 60,281.13 |
| 8 | A/R 90 days old or less. Face amount = $0.<br>Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Desk. Valuation Method: | 200.00 | 200.00 | | 0.00 | 200.00 |
| 10 | Copier. Valuation Method: | 200.00 | 200.00 | | 0.00 | 200.00 |
| 11 | 2014 Excavator Caterpillar - Serial #FJX01176. | 135,181.00 | 135,181.00 | | 0.00 | 135,181.00 |
| 12 | Screen FMX - Serial #5407585598. | 12,000.00 | 12,000.00 | | 0.00 | 12,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:**   16-30672

**Case Name:**   VORTEX DRAIN TILING LLC

**For Period Ending:**   09/11/2017

**Trustee Name:**   (540100) Cheryl Bergian

**Date Filed (f) or Converted (c):**  12/28/2016 (f)

**§ 341(a) Meeting Date:**  02/16/2017

**Claims Bar Date:**  05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2015 289D Caterpillar Skid Loader - Serial #C AT0289D KT AW03169. | 60,000.00 | 60,000.00 | | 0.00 | 60,000.00 |
| 14 | 316 EL Caterpillar Excavator - Serial #CZW00147. | 133,000.00 | 133,000.00 | | 0.00 | 133,000.00 |
| 15 | 966K Caterpillar Wheel Loader - Serial #TFS00170. | 192,010.00 | 192,010.00 | | 0.00 | 192,010.00 |
| 16 | 950K Caterpillar Wheel Loader w/ Attachments - Serial #FER00182. | 129,000.00 | 129,000.00 | | 0.00 | 129,000.00 |
| 17 | Puma Loader International. | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 18 | 2013 Puma 160 International S/N ZCBP19385. | 112,500.00 | 112,500.00 | | 0.00 | 112,500.00 |
| 19 | Lots 3 and 4, Block 2, Senske's Second Addition to the City of Grand Forks, Grand Forks County, ND, Contract for Deed | 147,000.00 | 147,000.00 | | 0.00 | 147,000.00 |
| 20 | Workers' Compensation premium refund (u) | 3,313.00 | 3,313.00 | | 3,313.00 | 0.00 |
| 21 | Garnishment fee (u) | 25.00 | 25.00 | | 25.00 | 0.00 |
| 22 | Insurance premium refund (u) | 1,762.39 | 1,762.39 | | 1,762.39 | 0.00 |
| 23 | Van trailer. (u) | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 24 | Cat 365 CL Excavator. (u) | 250,000.00 | 250,000.00 | | 0.00 | 250,000.00 |
| 25 | Mision Trailer. (u) | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:**   16-30672

**Case Name:**   VORTEX DRAIN TILING LLC

**For Period Ending:**   09/11/2017

**Trustee Name:**   (540100) Cheryl Bergian

**Date Filed (f) or Converted (c):**  12/28/2016 (f)

**§ 341(a) Meeting Date:**   02/16/2017

**Claims Bar Date:**   05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Copier. (u) | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 27 | Tools: jumpring jack, concrete saws. (u) | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 27 | **Assets        Totals**      (Excluding unknown values) | **$1,746,527.29** | **$1,746,527.29** | | **$5,125.39** | **$1,741,401.90** |

**Major Activities Affecting Case Closing:**

Evaluating transfers in the year prior to bankruptcy filing, and ownership of unsecured business equipment

**Initial Projected Date Of Final Report (TFR):**        11/30/2017

**Current Projected Date Of Final Report (TFR):**        11/30/2017

09/11/2017

Date

/s/Cheryl Bergian

Cheryl Bergian

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 16-30672 | |
| **Case Name:** | VORTEX DRAIN TILING LLC | |
| **Taxpayer ID #:** | | |
| **For Period Ending:** | 09/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | Cheryl Bergian (540100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $13,681,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/2017 | {1} | Bremer Insurance Agencies, Inc<br><br>633 Concord St. S.<br>South St. Paul, MN 55075 | Premium overpaymet | 1229-000 | 25.00 | | 25.00 |
| 02/11/2017 | {20} | Minn Workers Comp Assigned Risk Plan<br><br>C/O RTW, Inc., 8500 Normandale lake Blvd., Ste. 1400<br>Minneapolis, MN 55437 | | 1229-000 | 3,313.00 | | 3,338.00 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 3,328.00 |
| 03/13/2017 | {21} | DCI Credit Services, Inc<br><br>Drawer 1347<br>Dickinson, ND 58602 | | 1290-000 | 25.00 | | 3,353.00 |
| 03/13/2017 | {22} | Bremer Insurance Agencies, Inc<br><br>633 Concord Street S.<br>South St. Paul, MN 55075 | | 1290-000 | 1,762.39 | | 5,115.39 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,105.39 |

{ } Asset Reference(s)

! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 16-30672 | |
| **Case Name:** | VORTEX DRAIN TILING LLC | |
| **Taxpayer ID #:** | | |
| **For Period Ending:** | 09/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | Cheryl Bergian (540100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $13,681,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,095.39 |
| 05/24/2017 | 101 | International Sureties, LTD.<br><br>701 Poydras Street, Ste. 420<br>New Orleans, LA 70139 | Bond #016018056 | 2300-000 | | 1.56 | 5,093.83 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,083.83 |
| 06/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,073.83 |
| 07/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,063.83 |
| 08/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,053.83 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | **5,125.39** | **71.56** | **$5,053.83** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |
| **Subtotal** | **5,125.39** | **71.56** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$5,125.39** | **$71.56** |

{ } Asset Reference(s)

*! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Page:  3

| | | |
|---|---|---|
| **Case No.:** | 16-30672 | |
| **Case Name:** | VORTEX DRAIN TILING LLC | |
| **Taxpayer ID #:** | | |
| **For Period Ending:** | 09/11/2017 | |

| | |
|---|---|
| **Trustee Name:** | Cheryl Bergian (540100) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******7300 Checking |
| **Blanket Bond (per case limit):** | $13,681,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $5,125.39 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $5,125.39 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7300 Checking | $5,125.39 | $71.56 | $5,053.83 |
| | **$5,125.39** | **$71.56** | **$5,053.83** |