UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Vortex Drain Tiling LLC                                                    Case No.: 16-30672
                                                                           Chapter 7

Debtor.

NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF REAL
ESTATE PROFESSIONAL

The Trustee filed and served an Application for Approval of Employment of Real Estate Professional dated November 13, 2017.  Your rights may be affected in the action.  You should read the papers carefully and discuss the matters with your attorney if you have one.  If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee.

| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
|---|---|---|
| Quentin N Burdick U.S. Courthouse | 314 S Main Ave. Suite 303 | (See address below) |
| 655 First Ave N – Ste 210 | Sioux Falls SD  57104-6462 | |
| Fargo ND  58107-4932 | | |

DATE OF MAILING: November 13, 2017             /s/ Erik Ahlgren
                                                Erik Ahlgren, Chapter Trustee
                                                Ahlgren Law Office, PLLC
                                                220 W Washington Ave. Ste 105
                                                Fergus Falls MN  56537
                                                218-998-2775

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

VORTEX DRAIN TILING LLC,    Case No.: 16-30672
Chapter 7

Debtor.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF REALTOR

1. Applicant is the trustee in this case.

2. Applicant applies for approval of the employment of **Brett Meyers and Crary Real Estate** as real estate agent to sell the following interest in real property described as follows:

Real estate located at:
 Lots Three (3) and Four(4), Block Two (2), Senske's Second Addition, to the City of Grand Forks, North Dakota

3. The terms and conditions of compensation and reimbursement of expenses are as follows: Said Broker to be paid 6% of sale price.

4. Said professional has disclosed to the undersigned that he has the following connections with the debtors, creditors, and other parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee:  None

WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated: November 13, 2017                    /s/ Erik A. Ahlgren
                                            Erik A. Ahlgren, Trustee
                                            220 W. Washington Ave. Suite 105
                                            Fergus Falls MN  56537

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:

VORTEX DRAIN TILING LLC,            Case No.: 16-30672
Chapter

     Debtor.

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Brett Meyers of Crary Real Estate, 4551 S Washington St. Ste G, Grand Forks, ND 58201, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United State trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated: 11-10-2017

Brett Meyers
Crary Real Estate
4551 S Washington St Suite G
Grand Forks ND  58201

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

VORTEX DRAIN TILING LLC,                                        Case No.: 16-30672
                                                                Chapter
            Debtor.

UNSWORN CERTIFICATE OF SERVICE

I, Lisa Ahlgren, declare under penalty of perjury that on November 13, 2017 the following entities were served electronically via CM/ECF

John R. Brakke    jbrakke@vogellaw.com; jnona@vogellaw.com; parmstrong@vogellaw.com; sthompson@vogellaw.com; r51072@notify.bestcase.com
Jeffrey A. Peterson    jeffrey.peterson@gpmlaw.com
Jason P. Sayler    jasonsayler@traynorlaw.com, lonna@traynorlaw.com, andrea@traynorlaw.com
Katrina A Turman Lang    katrina@turmanlaw.com, janelle@turmanlaw.com
United States Trustee    USTPRegion12.SX.ECF@usdoj.gov

And by U.S. Mail to:

Vortex Drain Tiling LLC
741 Ashley Lane NE
Thompson ND  58278

Executed on: November 13, 2017          Signed:  /s/ Lisa. Ahlgren

                                          Lisa Ahlgren
                                          220 W. Washington Ave. Ste 105
                                          Fergus Falls MN  56537