# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Vortex Drain Tiling LLC,                                                                Chapter 7
                                                                                    Case No. 16-30672
        Debtor.

## MOTION TO APPEAR IN A PARTICULAR CASE *PRO HAC VICE*

Matthew R. Burton of the Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. hereby submits this motion for permission to appear and participate in the above-entitled case, subject to this Court's approval of Trustee's counsel under 11 U.S.C. §§ 327 and 328, and Bankruptcy Rule 2014, as counsel for Trustee Erik A. Ahlgren. The requesting attorneys note the following in support of this application:

1. Matthew R. Burton is admitted to, and is a member in good standing in, the following courts:

   > State of Minnesota
   > State of Iowa
   > United States District Court, District of Minnesota
   > Eighth Circuit Court of Appeals

2. Matthew R. Burton's residence address is:

   > 6228 Cascade Pass
   > Chanhassen, MN  55317

3. The applicant's professional contact information is:

   > 100 S. 5th St., Ste. 2500
   > Minneapolis, MN 55402
   > Telephone:  (612) 332-1030
   > Facsimile:  (612) 332-2740
   > Email:  mburton@losgs.com

{00660464.1 }

4.     Matthew R. Burton agrees to submit to the Local Rules and to the jurisdiction in matters of discipline.

**WHEREFORE**, Matthew R. Burton respectfully requests permission to appear and participate in the above-entitled case as counsel for Erik A. Ahlgren, Bankruptcy Trustee, District of North Dakota, subject to this Court's approval under 11 U.S.C. §§ 327 and 328, and Bankruptcy Rule 2014.

Dated:  November 30, 2017         **LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.**

By /s/ Matthew R. Burton
Matthew R. Burton (MN #210018)
100 S 5th St, Suite 2500
Minneapolis, MN 55402
Telephone:  (612) 332-1030
Facsimile:  (6122) 332-2740
Email:  mburton@losgs.com

**ATTORNEYS FOR TRUSTEE**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:

Vortex Drain Tiling LLC,

Debtor.

Chapter 7
Case No. 16-30672

## CERTIFICATE OF SERVICE

I, Luann K. Tims, declare, under penalty of perjury, that on November 30, 2017, I filed a **Motion to Appear in a Particular Case *Pro Hac Vice*** with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of electronic filing to all parties and counsel of record.

Dated: November 30, 2017

/s/ Luann K. Tims
Luann K. Tims
100 S. Fifth Street, Suite 2500
Minneapolis, MN  55402

{00660464.1 }