UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:                                              Chapter 7
                                                     Bky. Case No.: 16-30672

Vortex Drain Tiling LLC,

           Debtor.

## NOTICE OF APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF COUNSEL

The Trustee filed and served an Application for Approval of Attorney or Accountant dated November 30, 2017. Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of the Bankruptcy Court and a copy served upon the U.S. Trustee and the Bankruptcy Trustee.

| Clerk, U.S. Bankruptcy Court | U.S. Trustee | Trustee |
|---|---|---|
| Quentin N. Burdick U.S. Courthouse | 314 South Main Ave | (see address below) |
| 655 First Ave N, Ste 210 | Suite 303 | |
| Fargo ND  58107-4932 | Sioux Falls, SD 57104-6462 | |

DATE OF MAILING:  November 30, 2017        /s/ Erik A. Ahlgren_____
                                                                      Erik A. Ahlgren
                                                                      Bankruptcy Trustee
                                                                      220 W. Washington Ave., Ste. 105
                                                                      Fergus Falls, MN 56537
                                                                      218-998-2775

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re:                                                                                                    Chapter 7
                                                                                                          Bky. Case No.: 16-30672
Vortex Drain Tiling LLC,

       Debtor.

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF COUNSEL

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an Attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: act as counsel to the Trustee in pursuing collection and avoidance actions.

3. Matthew R. Burton, and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd (**"LOSGS"**), 100 South Fifth Street, Suite 2500, Minneapolis, MN  55402 are qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4. Proposed compensation and reimbursement of expenses is $400 per hour plus expenses, subject to Court approval.

5. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee:  McM, Inc. is a creditor in this case and the undersigned is counsel for the Trustee in that case.  There will be no conflict of interest by any of the services provided in this case.

WHEREFORE, applicant requests that the court approve such employment by the Trustee.


Dated: November 30, 2017         /s/ Erik A. Ahlgren
                                            Erik A. Ahlgren
                                            Bankruptcy Trustee
                                            220 W. Washington Ave., Suite 105
                                            Fergus Falls, MN  56537
                                            (218) 998-2775

## 2014(a) RULE VERIFICATION

I, Matthew R. Burton, the proposed professional named in the foregoing Report, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: November 30, 2017

_____
Matthew R. Burton, #210018 (MN)
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd
100 South Fifth Street, Ste 2500
Minneapolis, MN 55402
612-332-1030
mburton@losgs.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

In re:                                                                Chapter 7
                                                                       Bky. Case No.: 16-30672

Vortex Drain Tiling LLC,

       Debtor.

## CERTIFICATE OF SERVICE

      I, Lisa Ahlgren of Fergus Falls, Minnesota, declare under penalty of perjury that on November 30, 2017, she served the "*Notice of Application and Application for Approval of Employment of Counsel*" via First Class Mail, postage pre-paid to the parties listed below and that a true copy of the document was served electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota which automatically causes a notification of the filing to be sent to all ECF participants of record in this matter, and this constitutes service.

Vortex Drain Tilling LLC
741 Ashley Lane NE
Thompson, ND 58278

The U. S. Trustee will be served electronically at USTPRegion12.SX.ECF@usdoj.gov.

                                                /s/      Lisa Ahlgren
                                                      Lisa Ahlgren
                                                      220 W. Washington Ave., Suite 105
                                                      Fergus Falls, MN 56537