**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

---

In re:

Vortex Drain Tiling LLC,                                          Bky. Case No. 16-30672
                                                                 Chapter 7

           Debtor.

---

**RESIGNATION AND REPORT OF TRUSTEE**

---

The undersigned hereby resigns as trustee and makes this Report of Trustee.

        1.      Attached as Form 1 is an accounting of the trustee's disposition of all property of the estate prior to the trustee's resignation.

        2.      Attached as Form 2 is an itemized statement of the trustee's receipts and disbursements showing total receipts of **$5,053.83** and disbursements of **$30.00** and a balance on hand of $ **5,023.83.**

        3.      Upon being notified of the appointment of a successor trustee, the trustee shall immediately turn over the balance of the funds on hand and all estate financial records to the successor trustee and submit zero balance bank statements and cancelled checks to the United States Trustee.

        WHEREFORE, the trustee requests that this report be accepted and that I be discharged from any further duties as trustee.


DATE:  December 8, 2017                     /s/ Erik A. Ahlgren
                                            Erik A. Ahlgren, Trustee
                                            220 W Washington Ave, Ste 105
                                            Fergus Falls, MN  56537
                                            218-998-2775
                                            erik@ahlgrenlaw.net

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**   16-30672

**Case Name:**   VORTEX DRAIN TILING LLC

**For Period Ending:**   12/08/2017

**Trustee Name:**   (430231) Erik Ahlgren

**Date Filed (f) or Converted (c):**   12/28/2016 (f)

**§ 341(a) Meeting Date:**   02/16/2017

**Claims Bar Date:**   05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Insurance premium refund (u) (u) | 25.00 | 25.00 | | 25.00 | FA |
| 2 | Account at Checking account Citizens Community Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Security deposit paid to Born to Run LLC | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 |
| 4 | A/R 90 days old or less. Face amount = $81,598.52.<br>Doubtful/Uncollectible accounts = $0.00. | 81,598.52 | 81,598.52 | | 0.00 | 81,598.52 |
| 5 | A/R 90 days old or less. Face amount = $0.<br>Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | A/R 90 days old or less. Face amount = $394,431.25.<br>Doubtful/Uncollectible accounts = $0.00. | 394,431.25 | 394,431.25 | | 0.00 | 394,431.25 |
| 7 | A/R 90 days old or less. Face amount = $60,281.13.<br>Doubtful/Uncollectible accounts = $0.00. | 60,281.13 | 60,281.13 | | 0.00 | 60,281.13 |
| 8 | A/R 90 days old or less. Face amount = $0.<br>Doubtful/Uncollectible accounts = $0. | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Desk. | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Copier. | 200.00 | 200.00 | | 0.00 | FA |
| 11 | 2014 Excavator Caterpillar - Serial #FJX01176. | 135,181.00 | 135,181.00 | | 0.00 | 135,181.00 |
| 12 | Screen FMX - Serial #5407585598. | 12,000.00 | 12,000.00 | | 0.00 | 12,000.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:**   16-30672

**Case Name:**   VORTEX DRAIN TILING LLC

**For Period Ending:**   12/08/2017

**Trustee Name:**   (430231) Erik Ahlgren

**Date Filed (f) or Converted (c):**   12/28/2016 (f)

**§ 341(a) Meeting Date:**   02/16/2017

**Claims Bar Date:**   05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | 2015 289D Caterpillar Skid Loader - Serial #C AT0289D KT AW03169. | 60,000.00 | 60,000.00 | | 0.00 | 60,000.00 |
| 14 | 316 EL Caterpillar Excavator - Serial #CZW00147. | 133,000.00 | 133,000.00 | | 0.00 | 133,000.00 |
| 15 | 966K Caterpillar Wheel Loader - Serial #TFS00170. | 192,010.00 | 192,010.00 | | 0.00 | 192,010.00 |
| 16 | 950K Caterpillar Wheel Loader w/ Attachments - Serial #FER00182. | 129,000.00 | 129,000.00 | | 0.00 | 129,000.00 |
| 17 | Puma Loader International. | 15,000.00 | 15,000.00 | | 0.00 | 15,000.00 |
| 18 | 2013 Puma 160 International S/N ZCBP19385. | 112,500.00 | 112,500.00 | | 0.00 | 112,500.00 |
| 19 | Lots 3 and 4, Block 2, Senske's Second Addition to the City of Grand Forks, Grand Forks County, ND, Contract for Deed | 147,000.00 | 124,117.02 | | 0.00 | 147,000.00 |
| 20 | Workers' Compensation premium refund (u (u) | 3,313.00 | 3,313.00 | | 3,313.00 | FA |
| 21 | Garnishment fee (u) (u) | 25.00 | 25.00 | | 25.00 | FA |
| 22 | Insurance premium refund (u (u) | 1,762.39 | 1,762.39 | | 1,762.39 | FA |
| 23 | Van trailer. (u) | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 24 | Cat 365 CL Excavator. (u) | 250,000.00 | 250,000.00 | | 0.00 | 250,000.00 |
| 25 | Mision Trailer. (u) | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:**    16-30672

**Case Name:**    VORTEX DRAIN TILING LLC

**For Period Ending:**    12/08/2017

**Trustee Name:**    (430231) Erik Ahlgren

**Date Filed (f) or Converted (c):**  12/28/2016 (f)

**§ 341(a) Meeting Date:**    02/16/2017

**Claims Bar Date:**  05/22/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Copier. (u) | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 27 | Tools: jumpring jack, concrete saws. (u) | 10,000.00 | 10,000.00 | | 0.00 | 10,000.00 |
| 27 | **Assets       Totals**       (Excluding unknown values) | **$1,746,527.29** | **$1,723,644.31** | | **$5,125.39** | **$1,740,001.90** |

**Major Activities Affecting Case Closing:**

Evaluating transfers in the year prior to bankruptcy filing, and ownership of unsecured business equipment(Bergian note)

9-25-17 trustee review of case; email to DA requesting documents  and information

9-26-17 trustee email to DA re IRS call about bond supporting payment due to Vortex

11-13-17 filed app to employ realtor

11-13-17 emailed listing agreement to realtor re sale of property in ND

11-30-17 filed app to employ attorney-Burton

12-5-17 T/C with M. Roerick ND DOL re status of payments on wage claims filed.

**Initial Projected Date Of Final Report (TFR):**        06/30/2018        **Current Projected Date Of Final Report (TFR):**        06/30/2018

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-30672 | |
| **Case Name:** | VORTEX DRAIN TILING LLC | |
| **Taxpayer ID #:** | **-***6401 | |
| **For Period Ending:** | 12/08/2017 | |

| | |
|---|---|
| **Trustee Name:** | Erik Ahlgren (430231) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******2000 Checking |
| **Blanket Bond (per case limit):** | $0.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/2017 | | Transfer of Funds to Successor Trustee | Transfer of Funds to Successor Trustee | 1290-002 | 5,053.83 | | 5,053.83 |
| 09/29/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,043.83 |
| 10/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,033.83 |
| 11/30/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,023.83 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 5,053.83 | 30.00 | $5,023.83 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 5,053.83 | 30.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $5,053.83 | $30.00 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2

Page:  2

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 16-30672 | | **Trustee Name:** | Erik Ahlgren (430231) |
| **Case Name:** | VORTEX DRAIN TILING LLC | | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6401 | | **Account #:** | ******2000 Checking |
| **For Period Ending:** | 12/08/2017 | | **Blanket Bond (per case limit):** | $0.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $5,053.83 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $5,053.83 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2000 Checking | $5,053.83 | $30.00 | $5,023.83 |
| | **$5,053.83** | **$30.00** | **$5,023.83** |