**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF UNITED STATES TRUSTEE
REGION 12**

IN RE:

| | |
|---|---|
| VORTEX DRAIN TILING LLC, | UNITED STATES BANKRUPTCY COURT |
| | DISTRICT OF NORTH DAKOTA |
| | CASE NO. 16-30672 |
| | Chapter 7 |

APPOINTMENT OF TRUSTEE AND APPROVAL OF BOND

The following person is hereby appointed trustee in the above referenced case and said trustee's bond is fixed under the blanket bond heretofore approved.

> David G. Velde
> 1118 Broadway
> Alexandria, MN 56308

If the trustee rejects this appointment, the trustee must notify the United States Bankruptcy Court and the United States Trustee within seven (7) days of receipt hereof. Otherwise, the trustee will be deemed to have accepted the appointment as of the date hereof.

> DANIEL M. MCDERMOTT
> U.S. Trustee
> Region 12
>
> by:   /s/Robert B. Raschke
>         Assistant U.S. Trustee

Dated: December 8, 2017

---

REJECTION

I, David G. Velde, hereby rejects appointment as interim trustee in the above referenced case and certify that I filed the original hereof with the United States Bankruptcy Court and a copy hereof with the United States Trustee.

> _____
> David G. Velde

Dated: _____