# UNITED STATES DEPARTMENT OF JUSTICE
## OFFICE OF UNITED STATES TRUSTEE
## REGION 12

IN RE:

VORTEX DRAIN TILING LLC,   UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
CASE NO. 16-30672
Chapter 7

## APPOINTMENT OF TRUSTEE AND APPROVAL OF BOND

The following person is hereby appointed trustee in the above referenced case and said trustee's bond is fixed under the blanket bond heretofore approved.

> Forrest C. Allred
> 14 SE 2nd Avenue, Suite 200
> Aberdeen, SD  57401
> (605) 225-3933
> (605) 226-3371 (fax)
> forrest.allred@gmail.com (email)

If the trustee rejects this appointment, the trustee must notify the United States Bankruptcy Court and the United States Trustee within seven (7) days of receipt hereof. Otherwise, the trustee will be deemed to have accepted the appointment as of the date hereof.

> DANIEL M. MCDERMOTT
> U.S. Trustee
> Region 12
>
> by:   /s/Robert B. Raschke
> Assistant U.S. Trustee

Dated: December 12, 2017

---

### REJECTION

I, Forrest Allred, hereby reject appointment as interim trustee in the above referenced case and certify that I filed the original hereof with the United States Bankruptcy Court and a copy hereof with the United States Trustee.

> _____
> Forrest Allred

Dated: _____