UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In Re:                                                               Case No. 16-30672

Vortex Drain Tiling LLC,                   Chapter 7

                Debtor.
_____/

**NOTICE OF APPOINTMENT OF NEW TRUSTEE**

TO ALL CREDITORS AND PARTIES IN INTEREST:

**NOTICE IS GIVEN** that Trustee Erik A. Ahlgren and Trustee David G. Velde have resigned their appointment as bankruptcy trustee in the above-named case. The new bankruptcy trustee in the above-named case is:

                             Forrest C. Allred
                             Bankruptcy Trustee
                   14 Second Ave. SE, Suite 200
                         Aberdeen, SD 57401
                             605-225-3933

All other information contained in the Notice of Chapter 7 Bankruptcy Case remains the same. Please contact the Clerk's Office for any other questions.

                             Dianne G. Schmitz, Clerk
                             United States Bankruptcy Court
                             Quentin N. Burdick United States Courthouse
                             655 1st Avenue North, Suite 210
                             Fargo, ND  58102-4392

Dated: December 13, 2017       By:    /s/ Caryl Krone
                                              Caryl Krone, Deputy Clerk