UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

IN RE:   Case No. 16-30672
         Chapter 7

Vortex Drain Tiling, LLC,

         Debtor.     **ORDER**
_____/

On February 5, 2018, Bankruptcy Trustee Ahlgren filed a motion seeking approval of a Stipulation for Relief from the Automatic Stay between Erik A. Ahlgren as the Bankruptcy Trustee for McM, Inc. (Bankruptcy Case 17-30061) and Forrest C. Allred as the bankruptcy trustee for Vortex Drain Tiling, LLC, (Bankruptcy Case 16-30672). Trustee Ahlgren served notice of the motion, which included a summary of the terms of the settlement, on interested parties. The Court received no objections. Based on the information provided by the Trustees and the documents filed in this case, the Court finds that the Stipulation is fair and equitable, reflects a balance of the risks of litigation with potential recovery and appears to be in the best interest of both bankruptcy estates. Therefore, **IT IS ORDERED** that the Motion for Approval of Stipulation [Doc 49] is **GRANTED**. The Stipulation for Relief from the Automatic Stay filed as Document [Doc 48] is **APPROVED**. Trustee Ahlgren is granted relief from the automatic stay to pursue cancellation of the Contract and any other legal remedy available to McM as seller under the Contract.

Dated this 28th day of February, 2018.

/s/ Shon Hastings
Shon Hastings, Judge
United States Bankruptcy Court