UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re:<br><br>Vortex Drain Tiling LLC,<br><br>　　　　　　　　　　Debtor. | ) Bankr. Case No. 16-30672<br>)<br>) Chapter 7<br>)<br>) APPLICATION FOR APPROVAL OF<br>) EMPLOYMENT OF SPECIAL COUNSEL |

　　1.  Forrest C. Allred is the Trustee in this case.

　　2. Applicant believes employment of special counsel is necessary:  The Debtor engaged in certain transactions possibly giving rise to Chapter 5 avoidance actions.  There also appear to be possible collection matters which will need to be pursued.

　　3. Matthew R. Burton, and Leonard, O'Brian, Spencer, Gale & Sayre, Ltd, 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402, are qualified by reason of practice and experience to render such representation to the Trustee.

　　4.  Proposed compensation is $400.00 per hour, plus expenses, subject to Court approval.

　　5.  Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: McM, Inc., is in bankruptcy in case number 17-30061.  McM has an interest adverse to this estate, in that the debtor herein, Vortex Drain Tiling, Inc., is a party to an executory contract with McM, Inc., to-wit, a land installment contract.   Attorney Burton is counsel for the trustee in the McM, Inc., matter, and is also counsel to the trustee in another matter related to the McM, Inc., matter, that being case number 17-30558, Ronald G. McMartin, Jr.  There will be no conflict of interest by any of the services provided in this case.  The undersigned Trustee and Attorney Burton have agreed that Attorney Burton's representation of the Trustee herein will not extend to any matters involving either the McM, Inc., matter, or the Ronald G. McMartin, Jr., matter.

　　WHEREFORE, applicant prays that the court approve such employment by the Trustee in accordance with the terms hereinabove set forth.

　　DATED this 6th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Forrest C. Allred
　　　　　　　　　　　　　　　　　　　　　　　　Forrest C. Allred

        Chapter 7 Trustee
        14 Second Ave SE, Suite 200
        Aberdeen, SD 57401
        Telephone: (605) 225-3933
        Fax: (605) 226-3371
        forrest.allred@gmail.com

## VERIFICATION

    I, Matthew R. Burton, the proposed professional named in the foregoing application, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

    DATED this 6th day of March, 2018.

        _____
        Matthew R. Burton, #210018 (MN)
        Leonard, O'Brian, Spencer, Gale & Sayre, Ltd
        100 South Fifth Street, Suite 2500\
        Minneapolis, MN 55402
        612-232-1030
        mburton@losgs.com