# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

---

In re:                                                                    Chapter 7
                                                                  Case No. 16-30672
Vortex Drain Tiling, LLC,                                   Honorable Shon Hastings

       Debtor.

---

## MOTION OF FORREST C. ALLRED, TRUSTEE FOR LEAVE
## TO CONDUCT RULE 2004 EXAMINATIONS OF KELLER PAVING &
## LANDSCAPING, INC AND BLUE EARTH COUNTY DRAINAGE AUTHORITY

---

Trustee Forrest C Allred (the "Trustee") by his attorneys, for his Motion for Leave to Conduct Rule 2004 Examinations of Keller Paving & Landscaping, Inc. and Blue Earth County Drainage Authority and respectfully states as follows:

1.      Vortex Drain Tiling, LLC (the "Debtor") filed a petition commencing this chapter 7 case on December 28, 2016, and the Trustee was appointed as a successor trustee on December 12, 2017.

2.      The Debtor's case is now pending in this Court.

3.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, and Fed. R. Bank. P. 5005. This motion arises under Bankruptcy Rule 2004 and is a core proceeding.

4.      The Trustee seeks information relevant to potential claims possessed by the bankruptcy estate and moves this Court for authorization to conduct Bankruptcy Rule 2004 examinations the following persons and entities who have information regarding the Debtor's financial affairs:

     a.      Keller Paving & Landscaping, Inc.:

        Debtor provided services to Keller Paving & Landscaping, Inc.  The Trustee needs to determine if claims and defenses exist with respect to Debtor's claims.

     b.      Blue Earth County Drainage Authority:

        Debtor provided services to Blue Earth County Drainage Authority.  The Trustee needs to determine if claims and defenses exist with respect to Debtor's claims.

     5.      The purpose of the requested examination is for discovery and the identification of areas of inquiry is intended to be as broad as allowed under the Federal Rules of Bankruptcy Procedure.  The identification of areas of inquiry or specific documents is not intended to limit the scope of the inquiry.

        WHEREFORE, the Trustee respectfully moves this Court to enter an order granting the Trustee leave to examine Keller Paving & Landscaping, Inc. and Blue Earth County Drainage Authority and to issue subpoenas as provided under bankruptcy Rule 9016 to compel testimony and request the production of documents within the scope of Bankruptcy Rule 2004.

 

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated:  April 18, 2018        By  e/ Matthew R. Burton        
                      Matthew R. Burton, #210018
                      *mburton@losgs.com*
                      100 South Fifth Street, Suite 2500
                      Minneapolis, Minnesota  55402-1234
                      (612) 332-1030
                      Attorneys for Forrest C. Allred, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTH DAKOTA

In re:                                                                    Chapter 7
                                                                    Case No. 16-30672
  Vortex Drain Tiling, LLC,                                        Honorable Shon Hastings

           Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Cheryle R. Williams, declare under penalty of perjury that on April 18, 2018 she caused the following document to be served via the CM/ECF system to those parties requesting electronic notification:

*Motion of Forrest C. Allred, Trustee, for Leave to Conduct Rule 2004 Examinations*

I further certify that the above documents were served by U.S. Mail postage paid to:

Keller Paving & Landscaping, Inc.          Vortex Drain Tiling, LLC
Attn: Officer or Managing Agent            Attn: Officer or Managing Agent
1820 Highway 2 Bypass East                 741 Ashley Lane NE
Minot, ND 58701                            Thompson, ND 58278

Blue Earth County Drainage Authority       Brett Meyers
Attn: Officer or Managing Agent            Crary Real Estate
204 South 5th Street                       Attn: Officer of Managing Agent
P.O. Box 8608                              4551 S Washington St
Mankato, MN 56002                          Suite G
                                           Grandforks, ND 58201


Dated: April 18, 2018                      /e/ Cheryle R Williams
                                           Cheryle R. Williams
                                           Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
                                           100 S. Fifth Street, Suite 2500
                                           Minneapolis, MN  55402

{00703528.1 }

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA**

---

In re:                                                                                    Chapter 7
                                                                              Case No. 16-30672
Vortex Drain Tiling, LLC                                            Honorable Shon Hastings

        Debtor.

---

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATIONS**

---

The Bankruptcy Trustee filed a motion to conduct examinations pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure.  Upon review of the Motion, the Court finds cause for granting it.  Therefore, IT IS ORDERED that the motion [Doc. ____] is GRANTED.  Movant is authorized to examine Keller Paving & Landscaping, Inc., Blue Earth County Drainage Authority, and to issue subpoenas as provided under Rule 9016 to compel testimony and documents within the scope of Rule 2004.  It is also ORDERED that the examinations shall be conducted at a time and location convenient to all parties.

Dated this ____ day of April, 2018.


_____
Shon Hastings, Judge
United States Bankruptcy Court

{00699149.1 }