UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

In re:

Vortex Drain Tiling LLC,

        Debtor.

Case No. 16-30672
Chapter 7

### ORDER GRANTING MOTION FOR RULE 2004 EXAMINATIONS

The Bankruptcy Trustee filed a motion to conduct examinations pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. Upon review of the Motion, the Court finds cause for granting it. Therefore, **IT IS ORDERED** that the motion [Doc. 57] is **GRANTED**. Movant is authorized to examine a representative of Keller Paving & Landscaping, Inc. and Blue Earth County Drainage Authority, and to issue subpoenas as provided under Rule 9016 to compel testimony and documents within the scope of Rule 2004. It is also ORDERED that the examinations shall be conducted at a time and location convenient to all parties.

Dated this 1st day of May, 2018.

                                                 /s/ Shon Hastings
                                                 Shon Hastings, Judge
                                                 United States Bankruptcy Court