UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 16-30672 |
| | ) | |
| Vortex Drain Tiling LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) ) ) ) | NOTICE OF APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT |

The undersigned Trustee has filed and served an Application for Approval of Employment of Special Counsel, dated June 28, 2018. Your rights may be affected in the action. You should read the papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should mail a written response to the action, within 14 days of the date of mailing of this document, and file the response with the Clerk of the Bankruptcy Court and a copy served upon the U.S. Trustee and the Bankruptcy Trustee.

| Clerk, U.S. Bankruptcy Court Quentin N. Burdick U.S. Courthouse 655 First Ave N, Ste 210 Fargo ND 58107-4932 | U.S. Trustee 314 South Main Ave Suite 303 Sioux Falls, SD 57104-6462 | Trustee (see address below) |
|---|---|---|

DATED this 11th day of July, 2018.

/s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (605) 225-3933

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 16-30672 |
| | ) | |
| Vortex Drain Tiling LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | APPLICATION FOR APPROVAL OF |
| | ) | EMPLOYMENT OF ACCOUNTANT |

Forrest C. Allred, the duly appointed, qualified and acting Trustee in this case, for his application for approval of employment of accountant pursuant to 11 USC §327(a), represents to the Court:

1. Specific facts showing the necessity for the employment: The Trustee is in need of professional assistance to prepare employment tax returns and federal income tax returns, and to advise him on the tax implication of possible transactions.

2. Name of person to be employed: Craig Merry, of Nichols, Rise & Company, LLP, PO Box 3529, Sioux City, IA 51102, phone (712) 252-4309.

3. The reasons for the selection: The person to be employed has practiced public accountancy since 1980. He is a member of the American Institute of Certified Public Accountants and the Iowa Society of Certified Public Accountants. He has been a partner at Nichols, Rise & Company, LLP, since 1991. He has prepared tax returns for bankruptcy trustees 22 years.

4. The professional services to be rendered: To advise the Trustee in tax planning and evaluation, to preparation of tax returns for the estate, and to perform such other services as are deemed necessary and requested by the trustee in the administration of this case.

5. Proposed arrangements for compensation: $200.00 per hour, subject to the following minimums: for reviewing an estate or transaction and determining that no return is required, $150.00 per review; for preparation of individual returns, $350.00 per return; for preparation of business returns, $600.00 per return.

6. All of the proposed employee's connections with the Debtor(s), creditors and any other party in interest, their respective attorneys and accountants, United States Trustee, or any person employed in the office of the United States Trustee, are: none.

WHEREFORE, applicant asks that the Court approve such employment by the Trustee in accordance with the terms hereinabove set forth.

DATED this 25th day of June, 2018.

/s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (605) 225-3933

## VERIFICATION

I, Craig Merry, of Sioux City, Iowa, the person named in the foregoing application to be employed by the trustee in this case, declare under penalty of perjury that my connections with the debtors, creditors, or any other party in interest, their respective attorneys and accountants, United States Trustee, or any person employed in the office of the United States Trustee are: none.

DATED this 28th day of June, 2018.

/s/ Craig Merry
Craig Merry

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In re: | ) Bankr. Case No. 16-30672 |
| | ) |
| Vortex Drain Tiling LLC, | ) Chapter 7 |
| | ) |
| Debtor. | ) CERTIFICATE OF SERVICE |
| | ) |

I declare under penalty of perjury that on July 11, 2018, I served the "*Notice of Application and Application for Approval of Employment of Accountant*" via First Class Mail, postage pre-paid to the parties listed below and that a true copy of the document was served electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of North Dakota which automatically causes a notification of the filing to be sent to all ECF participants of record in this matter, and this constitutes service.

Vortex Drain Tilling LLC
741 Ashley Lane NE
Thompson, ND 58278

The U. S. Trustee will be served electronically at USTPRegion12.SX.ECF@usdoj.gov.

DATED this 11th day of July, 2018.

/s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (605) 225-3933