UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. Case No. 16-30672 |
| | ) | |
| Vortex Drain Tiling LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | **MOTION TO LIMIT NOTICE** |
| | ) | |

TO: INTERESTED PARTIES

    Forrest C. Allred, Chapter 7 Trustee ("Trustee"), moves the Court for the relief requested below.

    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334 and Bankruptcy Rule 5005. The proceeding is a core proceeding. On December 28, 2016, the debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"). The case is now pending in this court.

    This motion is filed under Bankruptcy Rule 2002(h) and Local Rule 2002-1(8).

    Trustee requests the Court to approve his request for limited notice. The Trustee has filed a Notice of Motion and Motion for Sale of Real Property (doc. 61) and requests that notice thereof be limited to interested parties who have filed a claims, a notice of appearance, a request for notice, the Debtor and the United States Trustee.

    DATED this 15th day of November, 2018.

    /s/ Forrest C. Allred
Forrest C. Allred
Chapter 7 Trustee
14 2nd Ave SE, Suite 200
Aberdeen, SD 57401
Telephone: (605) 225-3933
Fax: (605) 225-3933